AO 442 (Rev. 11/11) Arrest Warrant

1119162̄7

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

22-5091-JGD

United States of America
v.
GUESS CARTER (21)

Case No. 4:19-cr-206 (Mazzant)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Guess Carter,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Bank Fraud)

Date: 10/15/2020

*Issuing officer's signature*

City and state:   Sherman, Texas

David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

US MARSHALS SERVICE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION
DOCUMENTS RECEIVED
10:10 am  Oct 21, 2020